Emily Gildar Wagner
SNELL & WILMER
One Arizona Center
400 East Van Buren Street, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: ewagner@swlaw.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Argentina Sanders,<br><br>Plaintiff,<br><br>v.<br><br>Experian Information Solutions, Inc., Arizona Federal Credit Union,<br><br>Defendants. | CASE NO. 2:15-cv-01377-GMS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

PLEASE TAKE NOTICE that Plaintiff Argentina Sanders and Defendant Experian Information Solutions, Inc. have settled the above-captioned matter as to Defendant Experian Information Solutions, Inc. only. The parties anticipate filing a stipulation for dismissal with prejudice as to Defendant Experian Information Solutions, Inc. only within 90 days of the filing of this notice.

//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated:  October 30, 2015 | Respectfully submitted, |

*/s/ Emily Gildar Wagner*
Emily Gildar Wagner
SNELL & WILMER
One Arizona Center
400 East Van Buren Street, Suite 1900
Phoenix, AZ 85004
Telephone:  (602) 382-6000
Facsimile:  (602) 382-6070
Email:  ewagner@swlaw.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2015, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

David James McGlothlin
Hyde & Swigart
2633 E. Indian School Rd., Ste. 460
Phoenix, AZ 85016
Attorneys for Robert Sanders

Ryan Lee McBride
Kazerouni Law Group
2633 E. Indian School Rd., Ste. 460
Phoenix, AZ 85016
Attorneys for Robert Sanders

David William Engelman
Wade Michael Burgeson
Engelman Berger PC
3636 N. Central Ave., Ste. 700
Phoenix, AZ 85012-1985
Attorneys for Arizona Federal Credit Union

*/s/ Janice L. Rogalla*

22817002.1